IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>STANLEY JERRY BLANCO, JR.,<br><br>                Defendant. | 4:14CR3135<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's unopposed oral motion for release is granted.

2) When an opening for the defendant becomes available at The Bridge, defendant's counsel shall promptly contact the U.S. Marshal with further directions for defendant's release to treatment. The U.S. Marshal shall release the defendant to the custody of the Federal Public Defender's Office. The Federal Public Defender's Office will transport the defendant to The Bridge.

3) The defendant shall comply with all terms and conditions of supervised release which were previously imposed except as follows:

> The defendant shall be released to reside at The Bridge and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of The Bridge facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

August 20, 2015.

BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge