# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STANLEY JERRY BLANCO JR.,<br><br>　　　　　Defendant. | 4:14CR3135<br><br>ORDER |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 21), is granted.

2) The Court's prior order, (Filing No. 21) is modified as follows: Upon defendant's anticipated graduation from treatment at The Bridge, the defendant shall actively participate in IOP through The Bridge and is permitted to reside with his girlfriend in Lincoln, Nebraska.

3) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

November 24, 2015.

Dated this 24th day of November, 2015

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge