IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CR3135 |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY JERRY BLANCO JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1)   The conditions of supervised release are modified as follows:

The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision.

(2)   This matter is continued until further order of the court.

DATED this 14th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge